**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT JOSEPH MCMANUS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WALGREENS COMPANY, et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-02285** |

## O R D E R

**AND NOW,** this 9th day of May 2022, upon consideration of the Motion for Curative Jury Instruction (ECF No. 131), it is hereby **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

 

**CHAD F. KENNEY, JUDGE**