# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **McManus,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 21-2285 |
| | : | |
| **WALGREENS CO., et al.,** | : | |
| *Defendants.* | : | |

## NOTICE

**AND NOW**, this **12th** day of **May 2022**, the Court acknowledges that yesterday Attorney Hohn inadvertently sent an email to the law clerk and all counsel which was directed to his partner. The Court reprimands Attorney Hohn for the disrespectful comment made which referenced Attorney Promislo, and such an unacceptable comment requires a written letter of apology mailed to Attorney Promislo.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**