# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **McMANUS,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 21-2285 |
| | : | |
| **WALGREENS CO., et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **12th** day of **May 2022**, upon consideration of Plaintiff's Motion to Request an Expeditious Response (ECF No. 142), and consistent with this Court's Order at trial on May 9, 2022 to submit relevant records, and this Court's Order to Preserve Records (ECF No. 143), it is hereby **ORDERED** that each Defense Counsel of record shall file an individual submission by **12 p.m. on May 16, 2022** of the relevant records, that is, all emails, texts, and other communications regardless of format, regarding, leading up to, and including the decision by Jody DeMarco to visit the site on May 2, 2022, the scheduling of the May 2 visit, as well as all emails regarding the visit that came afterward. Counsel shall also file submissions for each non-party who is subject to the May 11, 2022 Order and possesses relevant records (ECF No. 143).

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**