

May 16, 2022

**VIA ECF**

**Jacqueline Promislo**
Direct Phone  215-665-2108
Direct Fax     215-989-4153
jpromislo@cozen.com

The Honorable Chad F. Kenney
6614 US Courthouse
601 Market Street, Courtroom 6-A
Philadelphia, PA 19106

Re:  McManus v. Walgreen Eastern Co., Inc. et al.
      USDC for the Eastern District of PA, No. 21-2285

Dear Judge Kenney:

Attached please find my submission, as ordered by the Court on May 12, 2022.  The submission statement also includes one attached email I received from Robert Sanzo, counsel for Walgreens with two attached photos, which also includes a statement from Mr. Sanzo advising that these are the two photographs taken by his expert.  The remaining portion of the email from Mr. Sanzo is redacted as it is not responsive to the Court's Order and furthermore, it is also protected by the joint defense privilege.

Respectfully submitted,

COZEN O'CONNOR

By:    Jacqueline Promislo

JP/sg

cc:    Stephen A. Scheuerle, Esquire (*via email*)
       Robert L. Sanzo, Esquire (*via email*)
       Richard K. Hohn, Esquire *(via email)*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JOSEPH MCMANUS, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.:  21-cv-02285 |
| v. : | |
| : | |
| WALGREENS COMPANY, et al., : | |
| : | |
| Defendants. : | |

### SUBMISSION BY BILCO'S COUNSEL PURSUANT TO COURT ORDER

1. Defendant The Bilco Company and Defendant Walgreens are parties to a Joint Defense Agreement relating to the above captioned litigation.

2. Bilco and Walgreens agreed to share in the cost of certain experts for the defense of this matter.

3. Bilco retained a mechanical engineer, Eugenia Kennedy, a principal of Exponent, to conduct an investigation, prepare a report, and testify in this matter. Walgreens did not share in the cost of, or the preparation of Ms. Kennedy's report or testimony.

4. Upon information and belief, Walgreens separately retained an engineer, Jodi DeMarco, to conduct an investigation, prepare a report and testify in this matter.

5. Neither undersigned counsel, nor any other counsel for Bilco, nor any of Bilco's experts or consultants had any communications with Mr. DeMarco relating to his inspections, opinions or report.

6. Communications exchanged between attorneys, pursuant to a joint defense agreement, such as e-mails, are privileged. *Teleglobe Communs. Corp. v. BCE, Inc.*, 493 F.3d 345, 364 (3d. Cir. 2007) (holding the "privilege allows attorneys representing different clients with similar legal interests to share information without having to disclose it to others"); *Narog*

*v. City of Redwood City*, No. C-13-03237 DMR, 2014 U.S. Dist. LEXIS 36193 at *23 (N.D. Cal. Mar. 17, 2014) (denying motion to compel e-mail, holding e-mail communication among counsel subject to joint defense privilege).

7. A party does not waive privileged documents or communications by producing them in response to a court order, since such production is not voluntary. *Leonen v. Johns-Manville*, 135 F.R.D. 94, 99 (D. N.J. 1990); *Bowen v. Parking Auth.*, No. 00-5765 (JBS), 2002 U.S. Dist. LEXIS 14585 at *14-15 (D. N.J. July 30, 2002) ("a production of documents ordered by a court does not constitute a waiver of attorney-client privilege because such production was not voluntary.")

8. Undersigned counsel has no communications with Walgreens' counsel about Mr. DeMarco's May 2, 2022 inspection at any time before the inspection.

9. Without waiving any claim of privilege, undersigned counsel received two pictures from Walgreens' counsel on May 3, 2022, the day after Mr. DeMarco conducted the inspection.

10. Without waiving any claim of privilege, attached hereto is an email responsive to this Court's Order, which was received from Walgreens' counsel, Rob Sanzo, on May 3, 2022, with two attached photographs.

Dated:  May 16, 2022              Respectfully submitted,

                                  COZEN O'CONNOR

                                  By: */s/ Jacqueline Promislo, Esq.*
                                  Jacqueline Promislo, Esq.
                                  Attorney ID No. 73705
                                  COZEN O'CONNOR
                                  One Liberty Place

                                          1650 Market Street, Suite 2800
                                        Philadelphia, PA  19103
                                        Telephone: 215.665.2108
                                        Facsimile: 215.665.2013
                                        jpromislo@cozen.com
                                        *Attorney for Defendant The Bilco Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, a copy of the foregoing Jacqueline Promislo Submission Pursuant to Court Order was served upon the following counsel via email addressed as follows:

Steven A. Scheuerle, Esq.
Hohn & Scheuerle
1700 Market St. Suite 3242
Philadelphia, PA 19103
(215) 496-9995
Attorney for Plaintiff, Robert Joseph McManus

Robert L. Sanzo
Litchfield Cavo LLP
1515 Market St.
Suite 1220
Philadelphia, PA 19102
215-999-5774
Attorney for Walgreen Eastern Co., Inc.

*/s/ Jacqueline Promislo, Esq.*
Jacqueline Promislo, Esq.
Pennsylvania Bar No. 73705
*Attorney for Defendant The Bilco Company*

| | |
|---|---|
| **From:** | Promislo, Jacqueline |
| **Sent:** | Monday, May 16, 2022 9:43 AM |
| **To:** | Harn, Adam Stanley |
| **Subject:** | ONE EXHIBIT TO MY SUBMISSION- I will send the photos that were attached separately |
| **Importance:** | High |

**From:** Sanzo, Robert <sanzo@litchfieldcavo.com>
**Sent:** Tuesday, May 3, 2022 8:18 PM
**To:** Promislo, Jacqueline <JPromislo@cozen.com>
**Subject:** RE: Mc Manus vs Walgreens

**\*\*EXTERNAL SENDER\*\***

Jackie  - these are the two photographs taken by Jody DeMarco as he opened the subject lock with one hand.   REDACTED PORTION: NOT RESPONSIVE TO COURT ORDER.  PROTECTED COMMUNICATIONS


Robert L. Sanzo
Partner
Licensed in Pennsylvania and New Jersey
D 215.999.5774|O 215.557.0111|F 215.557.3771
Sanzo@litchfieldcavo.com

LITCHFIELD CAVO LLP
ATTORNEYS AT LAW

1515 Market Street | Suite  1220 | Philadelphia, PA 19102
www.LitchfieldCavo.com



