UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JOSEPH MCMANUS, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.:  21-cv-02285 |
| v. : | |
| : | |
| WALGREENS COMPANY, et al., : | |
| : | |
| Defendants. : | |

**SUBMISSION BY BILCO'S COUNSEL PURSUANT TO COURT ORDER**

1. As ordered by the Court dated May 12, 2022, I have no communications leading up to, and including the decision by Jody DeMarco to visit the site on May 2, 2022, the scheduling of the May 2nd visit, or any emails regarding the visit that came afterward.

2. Defendant The Bilco Company and Defendant Walgreens are parties to a Joint Defense Agreement relating to the above captioned litigation.

3. Bilco and Walgreens agreed to share in the cost of certain experts for the defense of this matter.

4. Bilco retained a mechanical engineer, Eugenia Kennedy, a principal of Exponent, to conduct an investigation, prepare a report, and testify in this matter. Walgreens did not share in the cost of, or the preparation of Ms. Kennedy's report or testimony.

5. Upon information and belief, Walgreens separately retained an engineer, Jodi DeMarco, to conduct an investigation, prepare a report and testify in this matter.

Dated: May 16, 2022	Respectfully submitted,

　　　　　　　　　　　　　　　　　　COZEN O'CONNOR

　　　　　　　　　　　　　　　　　　By: */s/ Michelle Michelson, Esq.*
　　　　　　　　　　　　　　　　　　Michelle Michelson, Esq. Attorney ID No. 320852
　　　　　　　　　　　　　　　　　　COZEN O'CONNOR
　　　　　　　　　　　　　　　　　　One Liberty Place
　　　　　　　　　　　　　　　　　　1650 Market Street, Suite 2800
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　Telephone: 215.366.4488
　　　　　　　　　　　　　　　　　　Facsimile: 215.701.2099
　　　　　　　　　　　　　　　　　　mmichelson@cozen.com
　　　　　　　　　　　　　　　　　　*Attorney for Defendant The Bilco Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2021, a copy of the foregoing Michelle Michelson Submission Pursuant to Court Order was served upon the following counsel via email on May 16, 2022 addressed as follows:

Steven A. Scheuerle, Esq.
Hohn & Scheuerle
1700 Market St. Suite 3242
Philadelphia, PA 19103
(215) 496-9995
Attorney for Plaintiff, Robert Joseph McManus

Robert L. Sanzo
Litchfield Cavo LLP
1515 Market St.
Suite 1220
Philadelphia, PA 19102
215-999-5774
Attorney for Walgreen Eastern Co., Inc.

                                                */s/ Michelle Michelson, Esq.*
                                                Michelle Michelson, Esq.
                                                Pennsylvania Bar No. 320852
                                                *Attorney for Defendant The Bilco Company*