# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **McManus,** *Plaintiff,* v. **WALGREENS CO., et al.,** *Defendants.* | : CIVIL ACTION : : NO. 21-2285 : : : |

## ORDER

**AND NOW**, this **30th** day of **August 2022**, upon consideration of Plaintiff McManus's Motion for a New Trial (ECF No. 160), Defendant Walgreens's Response in Opposition (ECF No. 167), and Defendant Bilco's Response in Opposition (ECF No. 168), for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for New Trial (ECF No. 160) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**