## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | **CIVIL ACTION** |
| **MCMANUS,** | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 21-2285** |
| | : | |
| **WALGREENS CO., et al.,** | : | |
| *Defendant.* | : | |

## FINAL ORDER ON MOTION FOR SANCTIONS

**AND NOW**, this **29th** day of **January 2024**, upon consideration of Plaintiff's

Motion for Sanctions (ECF No. 189) and Defendants' Responses (ECF Nos. 193,

194), it is hereby **ORDERED** that the Motion (ECF No. 189) is **DENIED**.

                              **BY THE COURT:**


                              **/s/ Chad F. Kenney**
                              _____
                              **CHAD F. KENNEY, JUDGE**