# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT MCMANUS,** *Plaintiff,* | : : : : : | **CIVIL ACTION** |
| v. | : : : | No. 21-2285 |
| **WALGREENS CO., INC., et al.,** *Defendants.* | : : : | |

## ORDER

**AND NOW**, this **11th** day of **March 2024**, upon consideration of Defendant Walgreens Eastern Co. Inc.'s Bill of Costs (ECF No. 198) and Defendant Bilco Industries' Bill of Costs (ECF No. 199), Plaintiff's Objections (ECF Nos. 200, 201), and Defendants' Replies (ECF Nos. 202, 203), it is hereby **ORDERED** that Defendants' Bills of Costs (ECF Nos. 198, 199) are **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**